# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| BOSCH, DAVID JOSEPH | § | Case No. 08-72475 |
| BOSCH, PENNY MARINA | § | |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. The debtor filed a petition under chapter 7 of the United States Bankruptcy Code on 07/31/2008 . The undersigned trustee was appointed on 08/12/2009 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of        $       14,617.37

    Funds were disbursed in the following amounts:

| | |
|---|---:|
| Administrative expenses | 16.30 |
| Payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]   $ | 14,601.07 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (9/1/2009) *(Page: 1)*

6. The deadline for filing claims in this case was 05/27/2009. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 2,211.74. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 2,211.74, for a total compensation of $ 2,211.74. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00, and now requests reimbursement for expenses of $ 0.00, for total expenses of $ 0.00.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 11/18/2009           By:/s/DANIEL M. DONAHUE
                                  Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 1

Exhibit A

Case No.: 08-72475  MLB  Judge: MANUEL BARBOSA  
Case Name: BOSCH, DAVID JOSEPH  
BOSCH, PENNY MARINA  
For Period Ending: 11/18/09

Trustee Name: DANIEL M. DONAHUE  
Date Filed (f) or Converted (c): 07/31/08 (f)  
341(a) Meeting Date: 09/18/08  
Claims Bar Date: 05/27/09

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Real Property - 2706 Manitou, McHenry, IL | 400,000.00 | 0.00 | DA | 0.00 | FA |
| 2. Vacant lot | 22,000.00 | 0.00 | DA | 0.00 | FA |
| Property transferred prior to filing of bankruptcy | | | | | |
| 3. Checking Account | 5.92 | 0.00 | DA | 0.00 | FA |
| 4. Checking Account | -409.42 | 0.00 | DA | 0.00 | FA |
| 5. Household goods and furnishings | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 6. Books, etc. | 500.00 | 0.00 | DA | 0.00 | FA |
| 7. Jewelry | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 8. IRA | 1,216.33 | 0.00 | DA | 0.00 | FA |
| 9. Pension | 93,500.02 | 0.00 | DA | 0.00 | FA |
| 10. Stocks | 129.53 | 0.00 | DA | 0.00 | FA |
| 11. 2004 Ford Expedition | 20,000.00 | 0.00 | DA | 0.00 | FA |
| 12. 2004 Honda VTR | 2,500.00 | 0.00 | DA | 0.00 | FA |
| 13. 2004 Firecat | 3,000.00 | 0.00 | DA | 0.00 | FA |
| 14. 2003 Chevrolet Impala | 4,000.00 | 0.00 | DA | 0.00 | FA |
| 15. Preference/Fraudulent Transfer (u) | Unknown | 14,614.59 | | 14,614.59 | FA |
| 16. Post-Petition Interest Deposits (u) | Unknown | 0.00 | | 2.78 | FA |

TOTALS (Excluding Unknown Values)  $548,442.38   $14,614.59   $14,617.37   

Gross Value of Remaining Assets  $0.00  
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Nothing remains to be done.

LFORM1  
UST Form 101-7-TFR (9/1/2009) (Page: 3)

Ver: 15.02

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Case No.: 08-72475    Judge: MANUEL BARBOSA    Trustee Name: DANIEL M. DONAHUE
Case Name: BOSCH, DAVID JOSEPH                Date Filed (f) or Converted (c): 07/31/08 (f)
BOSCH, PENNY MARINA                           341(a) Meeting Date: 09/18/08
                                              Claims Bar Date: 05/27/09

Initial Projected Date of Final Report (TFR): 09/01/09    Current Projected Date of Final Report (TFR): 09/01/09

Page: 2
Exhibit A

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 08-72475 -MLB | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|
| Case Name: | BOSCH, DAVID JOSEPH / BOSCH, PENNY MARINA | Bank Name: | BANK OF AMERICA, N.A. |
| Taxpayer ID No: | *******6971 | Account Number / CD #: | *******1279 MONEY MARKET |
| For Period Ending: | 11/18/09 | Blanket Bond (per case limit): | $ 1,500,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|  |  |  | BALANCE FORWARD |  |  |  | 0.00 |
| 01/22/09 | 15 | ATTORNEY'S TITLE GUARANTY FUND | PREFERENCE PAYMENT | 1229-000 | 14,614.59 |  | 14,614.59 |
| 01/30/09 | 16 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.02 |  | 14,614.61 |
| 02/27/09 | 16 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.11 |  | 14,614.72 |
| 03/31/09 | 16 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.13 |  | 14,614.85 |
| 04/30/09 | 16 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.32 |  | 14,615.17 |
| 05/29/09 | 16 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.37 |  | 14,615.54 |
| 06/23/09 | 001000 | INTERNATIONAL SURETIES, LTD. 701 POYDRAS ST., STE. 420 NEW ORLEANS, LA 70139 | Blanket Bond | 2300-000 |  | 16.30 | 14,599.24 |
| 06/30/09 | 16 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.36 |  | 14,599.60 |
| 07/31/09 | 16 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.37 |  | 14,599.97 |
| 08/31/09 | 16 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.37 |  | 14,600.34 |
| 09/30/09 | 16 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.36 |  | 14,600.70 |
| 10/30/09 | 16 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.37 |  | 14,601.07 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 14,617.37 | 16.30 | 14,601.07 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 |  |
| Subtotal | 14,617.37 | 16.30 |  |
| Less: Payments to Debtors |  | 0.00 |  |
| Net | 14,617.37 | 16.30 |  |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| MONEY MARKET - *******1279 | 14,617.37 | 16.30 | 14,601.07 |
|  | 14,617.37 | 16.30 | 14,601.07 |
|  | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    14,617.37    16.30

Ver: 15.02

LFORM24   UST Form 101-7-TFR (9/1/2009) (Page: 5)

Page: 2
Exhibit B

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 08-72475 -MLB
Case Name: BOSCH, DAVID JOSEPH
BOSCH, PENNY MARINA
Taxpayer ID No: ******6971
For Period Ending: 11/18/09

Trustee Name: DANIEL M. DONAHUE
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: *******1279  MONEY MARKET
Blanket Bond (per case limit): $ 1,500,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | MONEY MARKET - *******1279 | | | | |

Page Subtotals  0.00  0.00

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

| Case Number: | 08-72475 | | Page 1 | | Date: November 18, 2009 |
|---|---|---|---|---|---|
| Debtor Name: | BOSCH, DAVID JOSEPH | | Claim Class Sequence | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001 3110-00 | MCGREEVY WILLIAMS | Administrative | | $3,750.00 | $0.00 | $3,750.00 |
| 001 3120-00 | MCGREEVY WILLIAMS | Administrative | | $218.25 | $0.00 | $218.25 |
| 000001 070 7100-00 | Ford Motor Credit Company LLC<br>P O Box 537901<br>Livonia MI 48153-9905 | Unsecured | | $15,300.70 | $0.00 | $15,300.70 |
| 000002 070 7100-00 | Asset Acceptance LLC / Assignee /<br>Citibank<br>Po Bo 2036<br>Warren MI 48090 | Unsecured | | $17,489.08 | $0.00 | $17,489.08 |
| 000003 070 7100-00 | Groot Industries<br>o/b/o Jensen Disposal<br>2500 Landmeier Roaf<br>Elk Grove Village, IL 60007 | Unsecured | | $152.51 | $0.00 | $152.51 |
| 000004 070 7100-00 | Recovery Management Systems<br>Corporation<br>For Capital Recovery II<br>As Assignee of WASHINGTON<br>MUTUAL BANK<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131 | Unsecured | | $5,789.81 | $0.00 | $5,789.81 |
| 000005 070 7100-00 | Recovery Management Systems<br>Corporation<br>For Capital Recovery II<br>As Assignee of Care Credit<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131 | Unsecured | | $2,810.69 | $0.00 | $2,810.69 |
| 000006 070 7100-00 | Recovery Management Systems<br>Corporation<br>For Capital Recovery II<br>As Assignee of HERITAGE FIRST<br>USA<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131 | Unsecured | | $7,071.62 | $0.00 | $7,071.62 |
| 000007 070 7100-00 | Recovery Management Systems<br>Corporation<br>For Capital Recovery II<br>As Assignee of WASHINGTON<br>MUTUAL BANK<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131 | Unsecured | | $8,275.94 | $0.00 | $8,275.94 |

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

| Case Number: 08-72475 | | Page 2 | | Date: November 18, 2009 | |
|---|---|---|---|---|---|
| Debtor Name: BOSCH, DAVID JOSEPH | | Claim Class Sequence | | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000008 070 7100-00 | Recovery Management Systems Corporation For Capital Recovery II As Assignee of WASHINGTON MUTUAL BANK 25 SE 2nd Avenue Suite 1120 Miami FL 33131 | Unsecured | | $4,595.73 | $0.00 | $4,595.73 |
| 000009 070 7100-00 | Richard A Bosch 461 Beckett Crossing Dr. Mundelein, IL 60060 | Unsecured | | $41,186.00 | $0.00 | $41,186.00 |
| 000011 070 7100-00 | First Midwest Bank Loan Processing Center PO Box 125 Bedford Park, IL 60499-0125 | Unsecured | | $10,548.87 | $0.00 | $10,548.87 |
| 000012 070 7100-00 | PYOD LLC its successors and assigns as assignee of Citibank Resurgent Capital Services PO Box 10587 Greenville, SC 29603-0587 | Unsecured | | $15,407.32 | $0.00 | $15,407.32 |
| 000013 070 7100-00 | LVNV Funding LLC Resurgent Capital Services PO Box 10587 Greenville, SC 29603-0587 | Unsecured | | $3,643.51 | $0.00 | $3,643.51 |
| 000014 070 7100-00 | LVNV Funding LLC Resurgent Capital Services PO Box 10587 Greenville, SC 29603-0587 | Unsecured | | $5,896.27 | $0.00 | $5,896.27 |
| 000015 070 7100-00 | Kohls Department Store c/o Creditors Bankruptcy Service P O Box 740933 Dallas, Tx 75374 | Unsecured | | $400.78 | $0.00 | $400.78 |
| 000016 070 7100-00 | Roundup Funding, LLC MS 550 PO Box 91121 Seattle, WA 98111-9221 | Unsecured | | $9,324.30 | $0.00 | $9,324.30 |
| 000017 070 7100-00 | Recovery Management Systems Corporation For GE Money Bank dba JCPENNEY CREDIT SERVICES 25 SE 2nd Ave Ste 1120 Miami FL 33131 | Unsecured | | $1,088.19 | $0.00 | $1,088.19 |
| 000010 050 4110-00 | First Midwest Bank Loan Processing Center PO Box 125 Bedford Park, IL 60499-0125 | Secured | | $3,010.74 | $0.00 | $3,010.74 |

CREGISTR

UST Form 101-7-TFR (9/1/2009) (Page: 8)

Printed: 11/18/09 04:30 PM    Ver: 15.02

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

| Case Number: | 08-72475 | | Page 3 | | Date: November 18, 2009 |
|---|---|---|---|---|---|
| Debtor Name: | BOSCH, DAVID JOSEPH | | Claim Class Sequence | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000018 050 4210-00 | AMERICAN INFOSOURCE LP AS AGENT FOR AMERICAN HONDA FINANCE PO Box 248838 Oklahoma City, OK 73124-8838 | Secured | | $5,668.96 | $0.00 | $5,668.96 |
| | Case Totals: | | | $161,629.27 | $0.00 | $161,629.27 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 08-72475
Case Name: BOSCH, DAVID JOSEPH
　　　　　　BOSCH, PENNY MARINA
Trustee Name: DANIEL M. DONAHUE

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| _____ | $_____ |
| _____ | $_____ |
| _____ | $_____ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| Trustee: DANIEL M. DONAHUE | $ 2,211.74 | $ 0.00 |
| Attorney for trustee: MCGREEVY WILLIAMS | $ 3,750.00 | $ 218.25 |
| Appraiser: | $ | $ |
| Auctioneer: | $ | $ |
| Accountant: | $ | $ |
| Special Attorney for trustee: | $ | $ |
| Charges: | $ | $ |
| Fees: | $ | $ |
| Other: | $ | $ |
| Other: | $ | $ |

UST Form 101-7-TFR (9/1/2009) (Page: 10)

Applications for prior chapter fees and administrative expenses have been filed as follows:

|  | Reason/Applicant | Fees | Expenses |
|---|---|---|---|
| *Attorney for debtor:* | | $ | $ |
| *Attorney for:* | | $ | $ |
| *Accountant for:* | | $ | $ |
| *Appraiser for:* | | $ | $ |
| *Other:* | | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 148,981.32 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 5.7 percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| *000001* | *Ford Motor Credit Company LLC* | $ 15,300.70 | $ 864.86 |

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000002 | Asset Acceptance LLC / Assignee / Citibank | $ 17,489.08 | $ 988.56 |
| 000003 | Groot Industries | $ 152.51 | $ 8.62 |
| 000004 | Recovery Management Systems Corporation | $ 5,789.81 | $ 327.27 |
| 000005 | Recovery Management Systems Corporation | $ 2,810.69 | $ 158.87 |
| 000006 | Recovery Management Systems Corporation | $ 7,071.62 | $ 399.72 |
| 000007 | Recovery Management Systems Corporation | $ 8,275.94 | $ 467.79 |
| 000008 | Recovery Management Systems Corporation | $ 4,595.73 | $ 259.77 |
| 000009 | Richard A Bosch | $ 41,186.00 | $ 2,328.01 |
| 000011 | First Midwest Bank | $ 10,548.87 | $ 596.27 |
| 000012 | PYOD LLC its successors and assigns as assignee of | $ 15,407.32 | $ 870.89 |
| 000013 | LVNV Funding LLC | $ 3,643.51 | $ 205.95 |
| 000014 | LVNV Funding LLC | $ 5,896.27 | $ 333.28 |
| 000015 | Kohls Department Store | $ 400.78 | $ 22.66 |
| 000016 | Roundup Funding, LLC | $ 9,324.30 | $ 527.05 |
| 000017 | Recovery Management Systems Corporation | $ 1,088.19 | $ 61.51 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.