# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| BOSCH, DAVID JOSEPH | § | Case No. 08-72475 |
| BOSCH, PENNY MARINA | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that DANIEL M. DONAHUE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 12/21/2009 in Courtroom 115,

United States Courthouse
211 S. Court St.
Rockford, IL  61101

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  11/19/2009                By:  /s/ Daniel M. Donahue
                                              Trustee


*DANIEL M. DONAHUE*
*P.O. BOX 2903*
*ROCKFORD, IL 61132-2903*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
§
BOSCH, DAVID JOSEPH § Case No. 08-72475
BOSCH, PENNY MARINA §
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| *The Final Report shows receipts of* | $ | 14,617.37 |
| *and approved disbursements of* | $ | 16.30 |
| *leaving a balance on hand of*[1] | $ | 14,601.07 |

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| _____ | $_____ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| *Trustee: DANIEL M. DONAHUE* | $     2,211.74 | $          0.00 |
| *Attorney for trustee: MCGREEVY WILLIAMS* | $     3,750.00 | $        218.25 |
| *Appraiser:* | $ | $ |
| *Auctioneer:* | $ | $ |
| *Accountant:* | $ | $ |
| *Special Attorney for trustee:* | $ | $ |
| *Charges:* | $ | $ |
| *Fees:* | $ | $ |

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (9/1/2009) *(Page: 2)*

|  | Reason/Applicant | Fees | Expenses |
|---|---|---|---|
| Other: | | $ | $ |
| Other: | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

|  | Reason/Applicant | Fees | Expenses |
|---|---|---|---|
| Attorney for debtor: | | $ | $ |
| Attorney for: | | $ | $ |
| Accountant for: | | $ | $ |
| Appraiser for: | | $ | $ |
| Other: | | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 148,981.32 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 5.7 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000001 | Ford Motor Credit Company LLC | $ 15,300.70 | $ 864.86 |

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000002 | Asset Acceptance LLC / Assignee / Citibank | $ 17,489.08 | $ 988.56 |
| 000003 | Groot Industries | $ 152.51 | $ 8.62 |
| 000004 | Recovery Management Systems Corporation | $ 5,789.81 | $ 327.27 |
| 000005 | Recovery Management Systems Corporation | $ 2,810.69 | $ 158.87 |
| 000006 | Recovery Management Systems Corporation | $ 7,071.62 | $ 399.72 |
| 000007 | Recovery Management Systems Corporation | $ 8,275.94 | $ 467.79 |
| 000008 | Recovery Management Systems Corporation | $ 4,595.73 | $ 259.77 |
| 000009 | Richard A Bosch | $ 41,186.00 | $ 2,328.01 |
| 000011 | First Midwest Bank | $ 10,548.87 | $ 596.27 |
| 000012 | PYOD LLC its successors and assigns as assignee of | $ 15,407.32 | $ 870.89 |
| 000013 | LVNV Funding LLC | $ 3,643.51 | $ 205.95 |
| 000014 | LVNV Funding LLC | $ 5,896.27 | $ 333.28 |
| 000015 | Kohls Department Store | $ 400.78 | $ 22.66 |
| 000016 | Roundup Funding, LLC | $ 9,324.30 | $ 527.05 |
| 000017 | Recovery Management Systems Corporation | $ 1,088.19 | $ 61.51 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00 .

Prepared By: /s/Daniel M. Donahue_____
Trustee

*DANIEL M. DONAHUE*
*P.O. BOX 2903*
*ROCKFORD, IL 61132-2903*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# CERTIFICATE OF NOTICE

```
District/off: 0752-3          User: cshabez                Page 1 of 3                   Date Rcvd: Nov 24, 2009
Case: 08-72475                Form ID: pdf006              Total Noticed: 123

The following entities were noticed by first class mail on Nov 26, 2009.
db/jdb        +David Joseph Bosch,    Penny Marina Bosch,    4610 Namba Way,    Murrary, UT 84107-4132
aty            Daniel M Donahue,    P. O. Box 2903,    Rockford, IL 61132-2903
aty           +Scott A Bentley,    Law Office of Scott A. Bentley,    618 S. Route 31,    Suite 1,
                McHenry, IL 60050-8273
tr             Daniel Donahue,    P O Box 2903,    Rockford, IL 61132-2903
13556549      +(NICOR) Northern Illinois Gas,    Attention Bankruptcy & Collections,    PO Box 549,
                Aurora IL 60507-0549
12917567      +A-Tec Ambulance,    740 Eastgate Rd,    Crystal Lake, IL 60014-7947
12496203       ACI,   o/b/o Circuit City,    2420 Sweet Home Road, Ste 150,    Amherst, NY 14228-2244
12496204      +ACL Laboratories,    PO Box 27901,    West Allis, WI 53227-0901
12496208       AMCA,   o/b/o Quest Diagnostic,    2269 S. Sawmill Road Bldg 3,    Elmsford, NY 10523
12496209     ++AMERICAN HONDA FINANCE,    P O BOX 168088,    IRVING TX 75016-8088
               (address filed with court: American Honda Finance,    PO Box 60001,
                City of Industry, CA 91716-0001)
12496206      +Advocate Good Shepherd,    450 West Highway 22,    Barrington, IL 60010-1919
12917568      +Advocate Medical Group,    701 Lee St,    Des Plaines, IL 60016-4539
13556550      +Aftab Poshini MD,    970 S McHenry Avenue,    Crystal Lake IL 60014-7449
12496207      +Alexian Bros. Behavoral Health,    1650 Moon Lake Blvd.,    Hoffman Estates, IL 60169-1010
12496210       Arrow FInance Services,    o/b/o GE Money Bank,    21031 Network Place,    Chicago, IL 60678-1031
12496211       Arrow FInance Services,    o/b/o WA MU,    21031 Network Place,    Chicago, IL 60678-1031
12496212       Arrow Financial Services,    o/b/o Washington Mutual,    5996 W. Touhy Avenue,
                Niles, IL 60714-4610
12496213       Arrow Financial Services,    o/b/o WashingtonMutual,    5996 W. Touhy Avenue,
                Niles, IL 60714-4610
12917569      +Aslam Zahir,    3703 Doty Rd #6,    Woodstock, IL 60098-7517
12496215       Bank of America,    PO Box 15726,    Wilmington, DE 19886-5726
12496216       Behavioral Healthcare Associates,    1375 E. Schaumburg Road, Ste 260,    Schaumburg, IL 60194-3658
12496217      +Brian M. Wu,    6317 Northwest Hwy,    Crystal Lake, IL 60014-7989
12496219      +Bull Valley Dentistry,    601 Ridgeview Drive,    McHenry, IL 60050-7010
12496220       Business Revenue Systems,    o/b/o McHenry Radiolgists,    PO Box 13077,
                Des Moines, IA 50310-0077
12496250      +CPS Security,    o/b/o Kohls,    PO Box 782408,    San Antonio, TX 78278-2408
12496254       CVS Caremark,    PO Box 94467,    Palatine, IL 60094-4467
12496221      +Capital Management Srvcs,    o/b/o Care Credit,    726 Exchange Street,    Buffalo, NY 14210-1484
12496222      +Capital Management Srvcs,    o/b/o Home Depot,    726 Exchange Street,    Buffalo, NY 14210-1484
12496223      +Capital One Bank,    PO Box 85015,    Richmond, VA 23285-5015
12496225       Caremark,    POB ox 94467,    Palatine, IL 60094-4467
12917570      +Caring Family SC,    781 McHenry Ave,    Crystal Lake, IL 60014-7444
12496226      +Centegra - Northern Illinois Medical Ctr,    PO Box 1447,    Woodstock, IL 60098-1447
12496227       Centegra Health System,    PO Box 5995,    Peoria, IL 61601-5995
12917572      +Centegra NIMC,    PO Box 1447,    Woodstock, IL 60098-1447
12917571      +Centegra-Horizon,    13707 W Jackson St,    Woodstock, IL 60098-3188
12917573      +Center for Neurology,    750 E Terra Cotta Ave #A,    Crystal Lake, IL 60014-3621
12496234      +Certified Services, Inc.,    o/b/o Condell Medical Center,    PO Box 177,    Waukegan, IL 60079-0177
12496235      +Certified Services, Inc.,    o/b/o Parmod Narang MD,    PO Box 177,    Waukegan, IL 60079-0177
12496236       Chase,    PO Box 15298,    Wilmington, DE 19850-5298
12496238      +Chase Manhattan,    PO Box 509011,    San Diego, CA 92150-9011
12496239       Circuit City,    PO Box 15292,    Wilmington, DE 19886-5292
12496241      +Citi,    PO Box 6003,    Hagerstown, MD 21747-6003
12496243       Citibank,    PO Box 688918,    Des Moines, IA 50368-8918
12496244      +Codilis & Associates,    o/b/o National City Mtg Co.,    15W030 N. Frontage Road #100,
                Burr Ridge, IL 60527-6921
12496245       Comcast,    PO Box 3002,    Southeastern PA 19398-3002
12496246       Commonwealth Edison,    ATTN: Revenue Management,    2100 Swiss Drive,    Oakbrook, IL 60523
12496247      +Comprehensive Urologic Care,    22285 Pepper Road, Ste 201,    Barrington, IL 60010-2540
12496248       Condell Medical Center,    97169 Eagle Way,    Chicago, IL 60678-9710
12496251       Credit Collection Services,    o/b/o Hollywood Video,    PO Box 55126,    Boston, MA 02205-5126
12496253       Credit Management,    o/b/o Comcast,    PO Box 1408,    Racine WI 53401-1408
12496255      +Drs. Gott Goldrath & Troy,    22285 Pepper Road, Ste 201,    Barrington, IL 60010-2540
12496257       ENH Faculty Practice Associates,    9532 Eagle Way,    Chicago, 60678-1095
12496256       Emergency Physicians Office,    PO Box 60439,    Ft. Myers, FL 33906-6439
12917574      +Eshwar Gumidyala MD,    970 S McHenry Ave,    Crystal Lake, IL 60014-7449
12496259       Evanston Northwest Heathcare,    9532 Eagle Way,    Chicago, 60678-1095
12917575      +Evanston Northwestern Healthcare,    23056 Network Place,    Chicago, IL 60673-1230
12496260      +Family Services of McHenry County,    4100 Veterans Parkway,    McHenry, IL 60050-8350
12496261       First Midwest Bank,    Loan Processing Center,    PO Box 125,    Bedford Park, IL 60499-0125
12496265       Ford Motor Credit,    PO Box 790093,    St Louis, MO 63179-0093
12527692      +Ford Motor Credit Company LLC,    P O  Box 537901,    Livonia  MI 48153-7901
13556481       Ford Motor Credit Company LLC,    c/o Steven L Nelson,    POB 3700,    Rock Island IL 61204-3700
12496266       Fox Valley Hematology & Oncology LTD,    1710 N. Randall Road, Ste 300,    Elgin, IL 60123-9405
12917576      +George Gancayco,    781 McHenry Ave,    Crystal Lake, IL 60014-7444
12496268      +Groot Industries,    o/b/o Jensen Disposal,    2500 Landmeier Roaf,
                Elk Grove Village, IL 60007-2627
12496269       Gupta Medical Clinic,    284 Memorial Court, Ste B,    Crystal Lake, IL 60014-6231
12496273      +Harris & Harris,    o/b/o Alexian Bros.,    100 S. Wacker Drive,    Chicago, IL 60606-4006
12496275      +Homecomings Financial,    PO Box 8900036,    Dallas, TX 75389-0001
12496277      +Jensen Disposal,    PO Box 415,    Mundelein, IL 60060-0415
12917577      +John Dano,    601 Ridgeview,    McHenry, IL 60050-7010
12496278       Keynote Consulting, Inc.,    o/b/o Lake Shore Orthopedics,    220 W. Compass Drive, Ste 102,
                Arlington Heights, IL 60004
12496280       Lab Corp,    PO Box 22240,    Burlington, NC 27216-2240
12496282      +Laboratory Corporation,    PO Box 2240,    Burlington, NC 27216-2240
12917578      +Lake/McHenry Pathology Assoc,    520 E 22nd St,    Lombard, IL 60148-6110
```

```
District/off: 0752-3          User: cshabez              Page 2 of 3                    Date Rcvd: Nov 24, 2009
Case: 08-72475                Form ID: pdf006            Total Noticed: 123

12496283     Lake/McHenry Pathology Associates,    641 E. Butterfield Road,    Suite 407,    Lombard, IL 60148
12496286    +McHenry Radiologists,    PO Box 220,    McHenry, IL 60051-0220
12917579     Memorial Emergecy Medical enter,    371 Doty Rd,    Woodstock, IL 60098
12496289     Menard's Retail Services,    PO Box 17602,    Baltimore, MD 21297-1602
12496290     Moraine ER Physicians,    PO Box 8759,    Philadelphia, PA 19101-8759
12496291     NAFS,   o/b/o Menards,    PO Box 9027,    WIlliamsville, NY 14231-9027
12496294    +NCO Financial,    o/b/o Moraine ER Physicians,    507 Prudential Road,    Horsham, PA 19044-2308
12496297    +NSA,   o/b/o Beginning Readers,    751 Summa Avenue,    Westbury, NY 11590-5010
12496292     Nancy Loomis Schroeder,    36136 N. Hazelwood,    Ingleside, IL 60041
12496293    +National City Mortgage Corporation,    PO Box 1820,    Dayton, OH 45401-1820
12496296     Northland Group, Inc.,    o/b/o Capital One Bank,    PO Box 390857,    Edina, MN 55439
12917580    +Northwest Primary Care,    4900 S Route 31 Ste 117,    Crystal Lake, IL 60012-3706
12496298    +OB GYNE Associates of Lake Forest,    700 Westmoreland Road, Bldg. C,    Lake Forest, IL 60045-1672
13556551    +OB/GYN Associates,    700 Westmorelane Road Bldg C,    Lake Forest IL 60045-1672
13685032     PYOD LLC its successors and assigns as assignee of,    Citibank,    Resurgent Capital Services,
              PO Box 10587,    Greenville, SC 29603-0587
12917581    +Polina Shvarts MD,    970 S McHenry Ave,    Crystal Lake, IL 60014-7449
12496301     Providian,    PO Box 660487,    Dallas, TX 75266
12496303     Quest Diagnostics,    PO Box 64804,    Baltimore, MD 21264-4803
12496306   +++Richard A Bosch,    461 Beckett Crossing Dr.,    Mundelein, IL 60060-2684
12496307     Sallie Mae,    PO Box 9500,    Wilkes Barre, PA 18773-9500
12917582    +Sanjeev Gupta MD,    284 Memorial Court #B,    Crystal Lake, IL 60014-6231
12917583     Sheri R. Ross MD,    2770 W. Hwy 22 #36,    Barrington, IL 60010
12496308    +Shindler Law,    o/b/o Chase Bank USA,    1990 E. Algonquin Road, Ste 180,
              Schaumburg, IL 60173-4164
12496309    +The Beginning Readers Program,    2931 E. McCarty,    Jefferson City, MO 65101-4431
12496310     Trackers,    PO Box 1227,    Bettendorf, IN 47996
12496311    +Transworld Systems,    o/b/o Caremark,    25 Northwest Pt. Blvd. Ste 750,
              Elk Grove Village, IL 60007-1058
12496312     Unifund Partners,    o/b/o Heritage First USA,    10625 Techwood Circle,
              Cincinnati, OH 45242-2846
12496313     United Collection Bureau,    o/b/o Lake County Acute Care,    5620 Southwest Blvd. #206,
              Toledo, OH 43614
12496314    +Van Ru Credit Corporation,    o/b/o Centegra NIMC,    10024 Skokie Blvd.,    Skokie, IL 60077-9944
12496315    +Van Ru Credit Corporation,    o/b/o First Premier Bank,    10024 Skokie Blvd.,
              Skokie, IL 60077-9944
12496316     Washington Mutual,    PO Box 660487,    Dallas, TSX 75266-0487
12496318    +Worthmoor Improvement Assn.,    PO Box 191,    McHenry, IL 60051-9003

The following entities were noticed by electronic transmission on Nov 24, 2009.
12496202    +E-mail/Text: KM@ARCONCEPTSINC.COM                            A/R Concepts,
              o/b/o McHenry Radiolgists,    33 W. Higgins Road, Suite 715,    S. Barrington, IL 60010-9103
13960121     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 25 2009 04:32:09
              AMERICAN INFOSOURCE LP AS AGENT FOR,    AMERICAN HONDA FINANCE,    PO Box 248838,
              Oklahoma City, OK   73124-8838
12496214     E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM                            Asset Acceptance LLC,
              o/b/o Citibank,    PO Box 2036,    Warren, MI 48090-2036
13591012    +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM
              Asset Acceptance LLC / Assignee / Citibank,    Po Bo 2036,    Warren MI 48090-2036
12496224    +E-mail/PDF: gecsedi@recoverycorp.com Nov 25 2009 04:33:54     Care Credit,    PO Box 981439,
              El Paso, TX 79998-1439
12496267    +E-mail/PDF: gecsedi@recoverycorp.com Nov 25 2009 04:33:54     GE Money Bank,    PO BOX 981064,
              El Paso, TX 79998-1064
12496276     E-mail/PDF: gecsedi@recoverycorp.com Nov 25 2009 04:33:54     JC Penney,    PO Box 960001,
              Orlando, FL 32896-0090
12496279     E-mail/PDF: cr-bankruptcy@kohls.com Nov 25 2009 04:32:17     Kohls,    PO Box 2983,
              Milwaukee, WI 53201-2983
13759574    +E-mail/PDF: cr-bankruptcy@kohls.com Nov 25 2009 04:32:17     Kohls Department Store,
              c/o Creditors Bankruptcy Service,    P O Box 740933,    Dallas,Tx 75374-0933
12496285    +E-mail/Text: resurgentbknotifications@resurgent.com                        LVNV FUnding, LLC,
              o/b/o Menards,    PO Box 10497,    Greenville, SC 29603-0497
13685034     E-mail/Text: resurgentbknotifications@resurgent.com                        LVNV Funding LLC,
              Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
12496295    +E-mail/Text: bankrup@nicor.com                            NICOR,    PO Box 416,
              Aurora, IL 60568-0001
12496300     E-mail/Text: ebn@phinsolutions.com                            Plaza Associates,
              o/b/o Bank of America,    PO Box 18008,    Hauppauge, NY 11788-8808
13612035    +E-mail/PDF: rmscedi@recoverycorp.com Nov 25 2009 04:33:54
              Recovery Management Systems Corporation,    For Capital Recovery II,
              As Assignee of HERITAGE FIRST USA,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
13611963    +E-mail/PDF: rmscedi@recoverycorp.com Nov 25 2009 04:33:54
              Recovery Management Systems Corporation,    For Capital Recovery II,
              As Assignee of WASHINGTON MUTUAL BANK,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
13924846    +E-mail/PDF: rmscedi@recoverycorp.com Nov 25 2009 04:33:54
              Recovery Management Systems Corporation,    For GE Money Bank,    dba JCPENNEY CREDIT SERVICES,
              25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
13612022    +E-mail/PDF: rmscedi@recoverycorp.com Nov 25 2009 04:33:54
              Recovery Management Systems Corporation,    For Capital Recovery II,    As Assignee of Care Credit,
              25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
13842824     E-mail/PDF: BNCEmails@blinellc.com Nov 25 2009 04:32:00     Roundup Funding, LLC,    MS 550,
              PO Box 91121,    Seattle, WA 98111-9221
                                                                                              TOTAL: 18
```

```
District/off: 0752-3          User: cshabez            Page 3 of 3            Date Rcvd: Nov 24, 2009
Case: 08-72475                Form ID: pdf006          Total Noticed: 123

             ***** BYPASSED RECIPIENTS (continued) *****

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
12496240       Cit Group Sales
12496274       Heritage First USA,   4388576012314293
12496299       People's First Recovery
aty*           Daniel Donahue,   P O Box 2903,   Rockford, IL 61132-2903
12496205*     +ACL Laboratories,   PO Box 27901,   West Allis, WI 53227-0901
12496218*     +Brian M. Wu,   6317 Northwest Hwy,   Crystal Lake, IL 60014-7989
12496228*      Centegra Health System,   PO Box 5995,   Peoria, IL 61601-5995
12496229*      Centegra Health System,   PO Box 5995,   Peoria, IL 61601-5995
12496230*      Centegra Health System,   PO Box 5995,   Peoria, IL 61601-5995
12496231*      Centegra Health System,   PO Box 5995,   Peoria, IL 61601-5995
12496232*      Centegra Health System,   PO Box 5995,   Peoria, IL 61601-5995
12496233*      Centegra Health System,   PO Box 5995,   Peoria, IL 61601-5995
12496237*      Chase,   PO Box 15298,   Wilmington, DE 19850-5298
12496242*     +Citi,   PO Box 6003,   Hagerstown, MD 21747-6003
12496249*      Condell Medical Center,   97169 Eagle Way,   Chicago, IL 60678-9710
12496252*      Credit Collection Services,   o/b/o Hollywood Video,   PO Box 55126,   Boston, MA 02205-5126
12496258*      ENH Faculty Practice Associates,   9532 Eagle Way,   Chicago, 60678-1095
12496262*      First Midwest Bank,   Loan Processing Center,   PO Box 125,   Bedford Park, IL 60499-0125
12496263*      First Midwest Bank,   Loan Processing Center,   PO Box 125,   Bedford Park, IL 60499-0125
12496264*      First Midwest Bank,   Loan Processing Center,   PO Box 125,   Bedford Park, IL 60499-0125
14483046*     +Ford Motor Credit Company LLC,   P O Box 537901,   Livonia MI 48153-7901
12496270*      Gupta Medical Clinic,   284 Memorial Court, Ste B,   Crystal Lake, IL 60014-6231
12496271*      Gupta Medical Clinic,   284 Memorial Court, Ste B,   Crystal Lake, IL 60014-6231
12496272*      Gupta Medical Clinic,   284 Memorial Court, Ste B,   Crystal Lake, IL 60014-6231
12496281*      Lab Corp,   PO Box 22240,   Burlington, NC 27216-2240
12496284*      Lake/McHenry Pathology Associates,   641 E. Butterfield Road,   Suite 407,   Lombard, IL 60148
12496287*     +McHenry Radiologists,   PO Box 220,   McHenry, IL 60051-0220
12496288*     +McHenry Radiologists,   PO Box 220,   McHenry, IL 60051-0220
12496302*      Providian,   PO Box 660487,   Dallas, TX 75266
12496304*      Quest Diagnostics,   PO Box 64804,   Baltimore, MD 21264-4803
12496305*      Quest Diagnostics,   PO Box 64804,   Baltimore, MD 21264-4803
12496317*      Washington Mutual,   PO Box 660487,   Dallas, TSX 75266-0487
                                                                                              TOTALS: 3, * 29
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 26, 2009**                            **Signature:** _Joseph Speetjens_