# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| BOSCH, DAVID JOSEPH | § | Case No. 08-72475 |
| BOSCH, PENNY MARINA | § | |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

DANIEL M. DONAHUE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:  548,442.38        Assets Exempt: 0.00

Total Distributions to Claimants:  8,421.68        Claims Discharged
                                                  Without Payment:  414,064.43

Total Expenses of Administration:  6,196.29

3) Total gross receipts of $ 14,617.97  (see Exhibit 1), minus funds paid to the debtor and third parties of $ 0.00  (see Exhibit 2), yielded net receipts of $ 14,617.97  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from Exhibit 3) | $ 398,563.08 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from Exhibit 4) | NA | 6,196.29 | 6,196.29 | 6,196.29 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from Exhibit 5) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from Exhibit 6) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from Exhibit 7) | 273,504.79 | 148,981.32 | 148,981.32 | 8,421.68 |
| TOTAL DISBURSEMENTS | $ 672,067.87 | $ 155,177.61 | $ 155,177.61 | $ 14,617.97 |

4) This case was originally filed under chapter 7 on  07/31/2008 . The case was pending for 19 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/26/2010 _____        By:/s/DANIEL M. DONAHUE _____

Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Preference/Fraudulent Transfer | 1229-000 | 14,614.59 |
| Post-Petition Interest Deposits | 1270-000 | 3.38 |
| TOTAL GROSS RECEIPTS | | $ 14,617.97 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ 0.00 |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| American Honda Finance PO Box 60001 City of Industry, CA 91716- | 1000 | 3,668.00 | NA | NA | 0.00 |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Codilis & Associates o/b/o National City Mtg Co. 15W030 N. Frontage Road #100 Burr Ridge, IL 60527 | | 0.00 | NA | NA | 0.00 |
| First Midwest Bank Loan Processing Center PO Box 125 Bedford Park, IL 60499-0125 | | 5,488.00 | NA | NA | 0.00 |
| Ford Motor Credit PO Box 790093 St Louis, MO 63179-0093 | | 23,893.00 | NA | NA | 0.00 |
| Homecomings Financial PO Box 8900036 Dallas, TX 75389 | | 100,939.00 | NA | NA | 0.00 |
| National City Mortgage Corporation PO Box 1820 Dayton, OH 45401 | | 264,575.08 | NA | NA | 0.00 |
| TOTAL SECURED CLAIMS | | $ 398,563.08 | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DANIEL M. DONAHUE, TRUSTEE | 2100-000 | NA | 2,211.74 | 2,211.74 | 2,211.74 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | 16.30 | 16.30 | 16.30 |
| MCGREEVY WILLIAMS | 3110-000 | NA | 3,750.00 | 3,750.00 | 3,750.00 |

UST Form 101-7-TDR (9/1/2009) (Page 5)

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MCGREEVY WILLIAMS | 3120-000 | NA | 218.25 | 218.25 | 218.25 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 6,196.29 | $ 6,196.29 | $ 6,196.29 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proof of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| A/R Concepts o/b/o McHenry Radiolgists 33 W. Higgins Road, Suite 715 S. Barrington, IL 60010 | | 0.00 | NA | NA | 0.00 |
| ACI o/b/o Circuit City 2420 Sweet Home Road, Ste 150 Amherst, NY 14228-2244 | | 0.00 | NA | NA | 0.00 |
| ACL Laboratories PO Box 27901 West Allis, WI 53227 | | 150.80 | NA | NA | 0.00 |
| ACL Laboratories PO Box 27901 West Allis, WI 53227 | | 45.60 | NA | NA | 0.00 |
| AMCA o/b/o Quest Diagnostic 2269 S. Sawmill Road Bldg 3 Elmsford, NY 10523 | | 451.11 | NA | NA | 0.00 |
| Advocate Good Shepherd 450 West Highway 22 Barrington, IL 60110 | | 40.00 | NA | NA | 0.00 |
| Alexian Bros. Behavoral Health 1650 Moon Lake Blvd. Hoffman Estates, IL 60169 | | 169.22 | NA | NA | 0.00 |
| Arrow FInance Services o/b/o GE Money Bank 21031 Network Place Chicago, IL 60678-1031 | | 0.00 | NA | NA | 0.00 |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Arrow Finance Services o/b/o WA MU 21031 Network Place Chicago, IL 60678-1031 | | 0.00 | NA | NA | 0.00 |
| Arrow Financial Services o/b/o Washington Mutual 5996 W. Touhy Avenue Niles, IL 60714-4610 | | 0.00 | NA | NA | 0.00 |
| Arrow Financial Services o/b/o WashingtonMutual 5996 W. Touhy Avenue Niles, IL 60714-4610 | | 0.00 | NA | NA | 0.00 |
| Asset Acceptance LLC o/b/o Citibank PO Box 2036 Warren, MI 48090-2036 | | 0.00 | NA | NA | 0.00 |
| Bank of America PO Box 15726 Wilmington, DE 19886-5726 | | 10,872.00 | NA | NA | 0.00 |
| Behavioral Healthcare Associates 1375 E. Schaumburg Road, Ste 260 Schaumburg, IL 60194-3658 | | 257.10 | NA | NA | 0.00 |
| Brian M. Wu 6317 Northwest Hwy Crystal Lake, IL 60014 | | 235.00 | NA | NA | 0.00 |
| Brian M. Wu 6317 Northwest Hwy Crystal Lake, IL 60014 | | 455.00 | NA | NA | 0.00 |
| Bull Valley Dentistry 601 Ridgeview Drive McHenry, IL 60050 | | 158.00 | NA | NA | 0.00 |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Business Revenue Systems o/b/o McHenry Radiolgists PO Box 13077 Des Moines, IA 50310-0077 | | 0.00 | NA | NA | 0.00 |
| CPS Security o/b/o Kohls PO Box 782408 San Antonio, TX 78278 | | 400.78 | NA | NA | 0.00 |
| CVS Caremark PO Box 94467 Palatine, IL 60094-4467 | | 87.50 | NA | NA | 0.00 |
| Capital Management Srvcs o/b/o Care Credit 726 Exchange Street Buffalo, NY 14210 | | 0.00 | NA | NA | 0.00 |
| Capital Management Srvcs o/b/o Home Depot 726 Exchange Street Buffalo, NY 14210 | | 5,824.74 | NA | NA | 0.00 |
| Capital One Bank PO Box 85015 Richmond, VA 233285 | | 1,101.00 | NA | NA | 0.00 |
| Care Credit PO Box 981439 El Paso, TX 79998 | | 3,241.41 | NA | NA | 0.00 |
| Caremark POB ox 94467 Palatine, IL 60094-4467 | | 87.50 | NA | NA | 0.00 |
| Centegra - Northern Illinois Medical Ctr PO Box 1447 Woodstock, IL 60098 | | 2,871.75 | NA | NA | 0.00 |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Centegra Health System PO Box 5995 Peoria, IL 61601-5995 | | 200.00 | NA | NA | 0.00 |
| Centegra Health System PO Box 5995 Peoria, IL 61601-5995 | | 455.00 | NA | NA | 0.00 |
| Centegra Health System PO Box 5995 Peoria, IL 61601-5995 | | 554.84 | NA | NA | 0.00 |
| Centegra Health System PO Box 5995 Peoria, IL 61601-5995 | | 574.00 | NA | NA | 0.00 |
| Centegra Health System PO Box 5995 Peoria, IL 61601-5995 | | 5,203.00 | NA | NA | 0.00 |
| Centegra Health System PO Box 5995 Peoria, IL 61601-5995 | | 10,672.00 | NA | NA | 0.00 |
| Centegra Health System PO Box 5995 Peoria, IL 61601-5995 | | 6,211.25 | NA | NA | 0.00 |
| Certified Services, Inc. o/b/o Condell Medical Center PO Box 177 Waukegan, IL 60099 | | 56.55 | NA | NA | 0.00 |
| Certified Services, Inc. o/b/o Parmod Narang MD PO Box 177 Waukegan, IL 60099 | | 57.00 | NA | NA | 0.00 |
| Chase Manhattan PO Box 509011 San Diego, CA 92150 | | 12,296.09 | NA | NA | 0.00 |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Chase PO Box 15298 Wilmington, DE 19850-5298 | | 0.00 | NA | NA | 0.00 |
| Chase PO Box 15298 Wilmington, DE 19850-5298 | | 9,586.85 | NA | NA | 0.00 |
| Circuit City PO Box 15292 Wilmington, DE 19886-5292 | | 4,601.00 | NA | NA | 0.00 |
| Cit Group Sales | | 4,132.00 | NA | NA | 0.00 |
| Citi PO Box 6003 Hagerstown, MD 21747 | | 0.00 | NA | NA | 0.00 |
| Citi PO Box 6003 Hagerstown, MD 21747 | | 15,407.00 | NA | NA | 0.00 |
| Citibank PO Box 688918 Des Moines, IA 50368-8918 | | 15,627.28 | NA | NA | 0.00 |
| Comcast PO Box 3002 Southeastern PA 19398-3002 | | 247.48 | NA | NA | 0.00 |
| Commonwealth Edison ATTN: Revenue Management 2100 Swiss Drive Oakbrook, IL 60523 | | 492.68 | NA | NA | 0.00 |
| Comprehensive Urologic Care 22285 Pepper Road, Ste 201 Barrington, IL 60010-0301 | | 18.30 | NA | NA | 0.00 |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Condell Medical Center 97169 Eagle Way Chicago, IL 60678-9710 | | 0.00 | NA | NA | 0.00 |
| Condell Medical Center 97169 Eagle Way Chicago, IL 60678-9710 | | 56.55 | NA | NA | 0.00 |
| Credit Collection Services o/b/o Hollywood Video PO Box 55126 Boston, MA 02205-5126 | | 99.98 | NA | NA | 0.00 |
| Credit Collection Services o/b/o Hollywood Video PO Box 55126 Boston, MA 02205-5126 | | 99.98 | NA | NA | 0.00 |
| Credit Management o/b/o Comcast PO Box 1408 Racine WI 53401-1408 | | 0.00 | NA | NA | 0.00 |
| Drs. Gott Goldrath & Troy 22285 Pepper Road, Ste 201 Barrington, IL 60010-0301 | | 18.30 | NA | NA | 0.00 |
| ENH Faculty Practice Associates 9532 Eagle Way Chicago, 60678-1095 | | 109.91 | NA | NA | 0.00 |
| ENH Faculty Practice Associates 9532 Eagle Way Chicago, 60678-1095 | | 109.91 | NA | NA | 0.00 |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Emergency Physicians Office PO Box 60439 Ft. Myers, FL 33906-6439 | | 15.00 | NA | NA | 0.00 |
| Evanston Northwest Heathcare 9532 Eagle Way Chicago, 60678-1095 | | 43.00 | NA | NA | 0.00 |
| Family Services of McHenry County 4100 Veterans Parkway McHenry, IL 60050 | | 2,730.00 | NA | NA | 0.00 |
| First Midwest Bank Loan Processing Center PO Box 125 Bedford Park, IL 60499-0125 | | 18,893.00 | NA | NA | 0.00 |
| First Midwest Bank Loan Processing Center PO Box 125 Bedford Park, IL 60499-0125 | | 2,500.00 | NA | NA | 0.00 |
| First Midwest Bank Loan Processing Center PO Box 125 Bedford Park, IL 60499-0125 | | 2,870.25 | NA | NA | 0.00 |
| Fox Valley Hematology & Oncology LTD 1710 N. Randall Road, Ste 300 Elgin, IL 60123-9405 | | 0.00 | NA | NA | 0.00 |
| GE Money Bank PO BOX 981064 El Paso, TX 79998 | | 3,998.05 | NA | NA | 0.00 |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Groot Industries o/b/o Jensen Disposal 2500 Landmeier Roaf Elk Grove Village, IL 60007 | | 0.00 | NA | NA | 0.00 |
| Gupta Medical Clinic 284 Memorial Court, Ste B Crystal Lake, IL 60014-6231 | | 45.00 | NA | NA | 0.00 |
| Gupta Medical Clinic 284 Memorial Court, Ste B Crystal Lake, IL 60014-6231 | | 45.00 | NA | NA | 0.00 |
| Gupta Medical Clinic 284 Memorial Court, Ste B Crystal Lake, IL 60014-6231 | | 20.00 | NA | NA | 0.00 |
| Gupta Medical Clinic 284 Memorial Court, Ste B Crystal Lake, IL 60014-6231 | | 45.00 | NA | NA | 0.00 |
| Harris & Harris o/b/o Alexian Bros. 100 S. Wacker Drive Chicago, IL 60602 | | 169.22 | NA | NA | 0.00 |
| Heritage First USA 4388576012314293 | | 7,071.00 | NA | NA | 0.00 |
| JC Penney PO Box 960001 Orlando, FL 32896-0090 | | 1,088.19 | NA | NA | 0.00 |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Jensen Disposal PO Box 415 Mundelein, IL 60060 | | 47.50 | NA | NA | 0.00 |
| Keynote Consulting, Inc. o/b/o Lake Shore Orthopedics 220 W. Compass Drive, Ste 102 Arlington Heights, IL 60004 | | 305.84 | NA | NA | 0.00 |
| Kohls PO Box 2983 Milwaukee, WI 53201-2983 | | 400.07 | NA | NA | 0.00 |
| LVNV FUnding, LLC o/b/o Menards PO Box 10497 Greenville, SC 29603-0584 | | 0.00 | NA | NA | 0.00 |
| Lab Corp PO Box 22240 Burlington, NC 27216-2240 | | 60.22 | NA | NA | 0.00 |
| Lab Corp PO Box 22240 Burlington, NC 27216-2240 | | 13.06 | NA | NA | 0.00 |
| Laboratory Corporation PO Box 2240 Burlington, NC 27216 | | 60.22 | NA | NA | 0.00 |
| Lake/McHenry Pathology Associates 641 E. Butterfield Road Suite 407 Lombard, IL 60148 | | 59.00 | NA | NA | 0.00 |
| Lake/McHenry Pathology Associates 641 E. Butterfield Road Suite 407 Lombard, IL 60148 | | 496.00 | NA | NA | 0.00 |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| McHenry Radiologists PO Box 220 McHenry, IL 60050 | | 14.00 | NA | NA | 0.00 |
| McHenry Radiologists PO Box 220 McHenry, IL 60050 | | 226.00 | NA | NA | 0.00 |
| McHenry Radiologists PO Box 220 McHenry, IL 60050 | | 28.00 | NA | NA | 0.00 |
| Menard's Retail Services PO Box 17602 Baltimore, MD 21297-1602 | | 3,616.44 | NA | NA | 0.00 |
| Moraine ER Physicians PO Box 8759 Philadelphia, PA 19101-8759 | | 452.00 | NA | NA | 0.00 |
| NAFS o/b/o Menards PO Box 9027 WIlliamsville, NY 14231-9027 | | 0.00 | NA | NA | 0.00 |
| NCO Financial o/b/o Moraine ER Physicians 507 Prudential Road Horsham, PA 19044 | | 0.00 | NA | NA | 0.00 |
| NICOR PO Box 416 Aurora, IL 60568 | | 1,582.00 | NA | NA | 0.00 |
| NSA o/b/o Beginning Readers 751 Summa Avenue Westbury, NY 11590 | | 47.87 | NA | NA | 0.00 |
| Nancy Loomis Schroeder 36136 N. Hazelwood Ingleside, IL 60041 | | 30,450.00 | NA | NA | 0.00 |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Northland Group, Inc. o/b/o Capital One Bank PO Box 390857 Edina, MN 55439 | | 1,065.78 | NA | NA | 0.00 |
| OB GYNE Associates of Lake Forest 700 Westmoreland Road, Bldg. C Lake Forest, IL 60045 | | 32.11 | NA | NA | 0.00 |
| People's First Recovery | | 3,691.00 | NA | NA | 0.00 |
| Plaza Associates o/b/o Bank of America PO Box 18008 Hauppauge, NY 11788-8808 | | 0.00 | NA | NA | 0.00 |
| Providian PO Box 660487 Dallas, TX 75266 | | 11,066.55 | NA | NA | 0.00 |
| Providian PO Box 660487 Dallas, TX 75266 | | 2,288.00 | NA | NA | 0.00 |
| Quest Diagnostics PO Box 64804 Baltimore, MD 21264-4803 | | 451.11 | NA | NA | 0.00 |
| Quest Diagnostics PO Box 64804 Baltimore, MD 21264-4803 | | 153.08 | NA | NA | 0.00 |
| Quest Diagnostics PO Box 64804 Baltimore, MD 21264-4803 | | 122.50 | NA | NA | 0.00 |
| Richard Bosch 111 Maple Mundelein, IL 60090 | | 46,216.00 | NA | NA | 0.00 |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Sallie Mae PO Box 9500 Wilkes Barre, PA 18773-9500 | | 2,831.00 | NA | NA | 0.00 |
| Shindler Law o/b/o Chase Bank USA 1990 E. Algonquin Road, Ste 180 Schaumburg, IL 60173 | | 0.00 | NA | NA | 0.00 |
| The Beginning Readers Program 2931 E. McCarty Jefferson City, MO 65101 | | 45.88 | NA | NA | 0.00 |
| Trackers PO Box 1227 Bettendorf, IN 47996 | | 590.36 | NA | NA | 0.00 |
| Transworld Systems o/b/o Caremark 25 Northwest Pt. Blvd. Ste 750 Elk Grove Village, IL 60007 | | 87.50 | NA | NA | 0.00 |
| Unifund Partners o/b/o Heritage First USA 10625 Techwood Circle Cincinnati, OH 45242-2846 | | 0.00 | NA | NA | 0.00 |
| United Collection Bureau o/b/o Lake County Acute Care 5620 Southwest Blvd. #206 Toledo, OH 43614 | | 15.00 | NA | NA | 0.00 |
| Van Ru Credit Corporation o/b/o Centegra NIMC 10024 Skokie Blvd. Skokie, IL 60077 | | 0.00 | NA | NA | 0.00 |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Van Ru Credit Corporation o/b/o First Premier Bank 10024 Skokie Blvd. Skokie, IL 60077 | | 2,962.75 | NA | NA | 0.00 |
| Washington Mutual PO Box 660487 Dallas, TSX 75266-0487 | | 4,860.90 | NA | NA | 0.00 |
| Washington Mutual PO Box 660487 Dallas, TSX 75266-0487 | | 6,123.88 | NA | NA | 0.00 |
| Worthmoor Improvement Assn. PO Box 191 McHenry, IL 60051 | | 175.00 | NA | NA | 0.00 |
| ASSET ACCEPTANCE LLC / ASSIGNEE / C | 7100-000 | NA | 17,489.08 | 17,489.08 | 988.63 |
| FIRST MIDWEST BANK | 7100-000 | NA | 10,548.87 | 10,548.87 | 596.31 |
| FORD MOTOR CREDIT COMPANY LLC | 7100-000 | NA | 15,300.70 | 15,300.70 | 864.92 |
| GROOT INDUSTRIES | 7100-000 | NA | 152.51 | 152.51 | 8.62 |
| KOHLS DEPARTMENT STORE | 7100-000 | NA | 400.78 | 400.78 | 22.66 |
| LVNV FUNDING LLC | 7100-000 | NA | 3,643.51 | 3,643.51 | 205.96 |
| LVNV FUNDING LLC | 7100-000 | NA | 5,896.27 | 5,896.27 | 333.31 |
| PYOD LLC ITS SUCCESSORS AND ASSIGNS | 7100-000 | NA | 15,407.32 | 15,407.32 | 870.95 |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proof of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| RECOVERY MANAGEMENT SYSTEMS CORPORA | 7100-000 | NA | 5,789.81 | 5,789.81 | 327.29 |
| RECOVERY MANAGEMENT SYSTEMS CORPORA | 7100-000 | NA | 2,810.69 | 2,810.69 | 158.88 |
| RECOVERY MANAGEMENT SYSTEMS CORPORA | 7100-000 | NA | 7,071.62 | 7,071.62 | 399.75 |
| RECOVERY MANAGEMENT SYSTEMS CORPORA | 7100-000 | NA | 8,275.94 | 8,275.94 | 467.83 |
| RECOVERY MANAGEMENT SYSTEMS CORPORA | 7100-000 | NA | 4,595.73 | 4,595.73 | 259.79 |
| RECOVERY MANAGEMENT SYSTEMS CORPORA | 7100-000 | NA | 1,088.19 | 1,088.19 | 61.51 |
| RICHARD A BOSCH | 7100-000 | NA | 41,186.00 | 41,186.00 | 2,328.18 |
| ROUNDUP FUNDING, LLC | 7100-000 | NA | 9,324.30 | 9,324.30 | 527.09 |
| TOTAL GENERAL UNSECURED CLAIMS | | $ 273,504.79 | $ 148,981.32 | $ 148,981.32 | $ 8,421.68 |

FORM 2

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 08-72475 | MLB | Judge: MANUEL BARBOSA |
|---|---|---|---|
| Case Name: | BOSCH, DAVID JOSEPH | | |
| | BOSCH, PENNY MARINA | | |
| For Period Ending: | 02/26/10 | | |

| Trustee Name: | DANIEL M. DONAHUE |
|---|---|
| Date Filed (f) or Converted (c): | 07/31/08 (f) |
| 341(a) Meeting Date: | 09/18/08 |
| Claims Bar Date: | 05/27/09 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Real Property - 2706 Manitou, McHenry, IL | 400,000.00 | 0.00 | DA | 0.00 | FA |
| 2. Vacant lot | 22,000.00 | 0.00 | DA | 0.00 | FA |
| Property transferred prior to filing of bankruptcy | | | | | |
| 3. Checking Account | 5.92 | 0.00 | DA | 0.00 | FA |
| 4. Checking Account | -409.42 | 0.00 | DA | 0.00 | FA |
| 5. Household goods and furnishings | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 6. Books, etc. | 500.00 | 0.00 | DA | 0.00 | FA |
| 7. Jewelry | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 8. IRA | 1,216.33 | 0.00 | DA | 0.00 | FA |
| 9. Pension | 93,500.02 | 0.00 | DA | 0.00 | FA |
| 10. Stocks | 129.53 | 0.00 | DA | 0.00 | FA |
| 11. 2004 Ford Expedition | 20,000.00 | 0.00 | DA | 0.00 | FA |
| 12. 2004 Honda VTR | 2,500.00 | 0.00 | DA | 0.00 | FA |
| 13. 2004 Firecat | 3,000.00 | 0.00 | DA | 0.00 | FA |
| 14. 2003 Chevrolet Impala | 4,000.00 | 0.00 | DA | 0.00 | FA |
| 15. Preference/Fraudulent Transfer (u) | Unknown | 14,614.59 | | 14,614.59 | FA |
| 16. Post-Petition Interest Deposits (u) | Unknown | 0.00 | | 3.38 | FA |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $548,442.38 | $14,614.59 | | $14,617.97 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Nothing remains to be done.

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
**Exhibit 8**

Case No:     08-72475    MLB    Judge: MANUEL BARBOSA
Case Name:   BOSCH, DAVID JOSEPH
             BOSCH, PENNY MARINA

Trustee Name:                              DANIEL M. DONAHUE
Date Filed (f) or Converted (c):           07/31/08 (f)
341(a) Meeting Date:                       09/18/08
Claims Bar Date:                           05/27/09

Initial Projected Date of Final Report (TFR): 09/01/09    Current Projected Date of Final Report (TFR): 09/01/09

UST Form 101-7-TDR (9/1/2009) (Page: 21)

LFORM1

Ver: 15.06b

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

**Exhibit 9**

| | |
|---|---|
| Case No: | 08-72475 -MLB |
| Case Name: | BOSCH, DAVID JOSEPH |
| | BOSCH, PENNY MARINA |
| Taxpayer ID No: | *******6971 |
| For Period Ending: | 02/26/10 |

| | |
|---|---|
| Trustee Name: | DANIEL M. DONAHUE |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******1279  MONEY MARKET |
| Blanket Bond (per case limit): | $ 1,500,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/22/09 | 15 | ATTORNEY'S TITLE GUARANTY FUND | PREFERENCE PAYMENT | 1229-000 | 14,614.59 | | 14,614.59 |
| 01/30/09 | 16 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.02 | | 14,614.61 |
| 02/27/09 | 16 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.11 | | 14,614.72 |
| 03/31/09 | 16 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.13 | | 14,614.85 |
| 04/30/09 | 16 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.32 | | 14,615.17 |
| 05/29/09 | 16 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.37 | | 14,615.54 |
| 06/23/09 | 001000 | INTERNATIONAL SURETIES, LTD. | Blanket Bond | 2300-000 | | 16.30 | 14,599.24 |
| | | 701 POYDRAS ST., STE 420 | | | | | |
| | | NEW ORLEANS, LA  70139 | | | | | |
| 06/30/09 | 16 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.36 | | 14,599.60 |
| 07/31/09 | 16 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.37 | | 14,599.97 |
| 08/31/09 | 16 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.37 | | 14,600.34 |
| 09/30/09 | 16 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.36 | | 14,600.70 |
| 10/30/09 | 16 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.37 | | 14,601.07 |
| 11/30/09 | 16 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.36 | | 14,601.43 |
| 12/21/09 | 16 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.24 | | 14,601.67 |
| 12/21/09 | | Transfer to Acct #*******1567 | Final Posting Transfer | 9999-000 | | 14,601.67 | 0.00 |

| | | | | |
|---|---|---|---|---|
| COLUMN TOTALS | | 14,617.97 | 14,617.97 | 0.00 |
| Less: Bank Transfers/CD's | | 0.00 | 14,601.67 | |
| Subtotal | | 14,617.97 | 16.30 | |
| Less: Payments to Debtors | | | 0.00 | |
| Net | | 14,617.97 | 16.30 | |

Page Subtotals   14,617.97   14,617.97

Ver: 15.06b

**FORM 2**

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No. | 08-72475 -MLB |
| Case Name: | BOSCH, DAVID JOSEPH |
| | BOSCH, PENNY MARINA |
| Taxpayer ID No: | *******6971 |
| For Period Ending: | 02/26/10 |

| | |
|---|---|
| Trustee Name: | DANIEL M DONAHUE |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD # | *******1567 GENERAL CHECKING |
| Blanket Bond (per case limit): | $ 1,500,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/21/09 | | Transfer from Acct #*******1279 | Transfer In From MMA Account | 9999-000 | 14,601.67 | | 14,601.67 |
| 12/22/09 | 000100 | DANIEL M. DONAHUE, TRUSTEE | Chapter 7 Compensation/Fees | 2100-000 | | 2,211.74 | 12,389.93 |
| | | P O BOX 2903 | | | | | |
| | | ROCKFORD, IL 61132-2903 | | | | | |
| 12/22/09 | 000101 | MCGREEVY WILLIAMS | Attorney for Trustee Fees (Trustee | 3110-000 | | 3,750.00 | 8,639.93 |
| 12/22/09 | 000102 | MCGREEVY WILLIAMS | Attorney for Trustee Expenses (Trus | 3120-000 | | 218.25 | 8,421.68 |
| 12/22/09 | 000103 | Ford Motor Credit Company LLC | Claim 000001, Payment 5.7% | 7100-000 | | 864.92 | 7,556.76 |
| | | P O Box 537901 | | | | | |
| | | Livonia MI 48153-9905 | | | | | |
| 12/22/09 | 000104 | Asset Acceptance LLC / Assignee / Citibank | Claim 000002, Payment 5.7% | 7100-000 | | 988.63 | 6,568.13 |
| | | Po Bo 2036 | | | | | |
| | | Warren MI 48090 | | | | | |
| 12/22/09 | 000105 | Groot Industries | Claim 000003, Payment 5.7% | 7100-000 | | 8.62 | 6,559.51 |
| | | o/b/o Jensen Disposal | | | | | |
| | | 2500 Landmeier Roaf | | | | | |
| | | Elk Grove Village, IL 60007 | | | | | |
| 12/22/09 | 000106 | Recovery Management Systems Corporation | Claim 000004, Payment 5.7% | 7100-000 | | 327.29 | 6,232.22 |
| | | For Capital Recovery II | | | | | |
| | | As Assignee of WASHINGTON MUTUAL BANK | | | | | |
| | | 25 SE 2nd Avenue Suite 1120 | | | | | |
| | | Miami FL 33131 | | | | | |
| 12/22/09 | 000107 | Recovery Management Systems Corporation | Claim 000005, Payment 5.7% | 7100-000 | | 158.88 | 6,073.34 |
| | | For Capital Recovery II | | | | | |
| | | As Assignee of Care Credit | | | | | |
| | | 25 SE 2nd Avenue Suite 1120 | | | | | |
| | | Miami FL 33131 | | | | | |
| 12/22/09 | 000108 | Recovery Management Systems Corporation | Claim 000006, Payment 5.7% | 7100-000 | | 399.75 | 5,673.59 |
| | | For Capital Recovery II | | | | | |
| | | As Assignee of HERITAGE FIRST USA | | | | | |

Page Subtotals    14,601.67    8,928.08

Ver: 15.06b

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3

Exhibit 9

| Case No | 08-72475 -MLB | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|
| Case Name | BOSCH, DAVID JOSEPH | Bank Name: | BANK OF AMERICA, N A |
| | BOSCH, PENNY MARINA | Account Number / CD # | *******1567 GENERAL CHECKING |
| Taxpayer ID No | *******6971 | | |
| For Period Ending | 02/26/10 | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/22/09 | 000109 | 25 SE 2nd Avenue Suite 1120 Miami FL 33131 Recovery Management Systems Corporation For Capital Recovery II As Assignee of WASHINGTON MUTUAL BANK | Claim 000007, Payment 5 7% | 7100-000 | | 467.83 | 5,205.76 |
| 12/22/09 | 000110 | 25 SE 2nd Avenue Suite 1120 Miami FL 33131 Recovery Management Systems Corporation For Capital Recovery II As Assignee of WASHINGTON MUTUAL BANK | Claim 000008, Payment 5 7% | 7100-000 | | 259 79 | 4,945.97 |
| 12/22/09 | 000111 | 25 SE 2nd Avenue Suite 1120 Miami FL 33131 Richard A Bosch 461 Beckett Crossing Dr. Mundelein, IL 60060 | Claim 000009, Payment 5 7% | 7100-000 | | 2,328 18 | 2,617 79 |
| 12/22/09 | 000112 | First Midwest Bank Loan Processing Center PO Box 125 Bedford Park, IL. 60499-0125 | Claim 000011, Payment 5 7% | 7100-000 | | 596 31 | 2,021 48 |
| 12/22/09 | 000113 | PYOD LLC its successors and assigns as assignee of Citibank Resurgent Capital Services PO Box 10587 Greenville, SC 29603-0587 | Claim 000012, Payment 5 7% | 7100-000 | | 870 95 | 1,150 53 |
| 12/22/09 | 000114 | LVNV Funding LLC Resurgent Capital Services PO Box 10587 Greenville, SC 29603-0587 | Claim 000013, Payment 5 7% | 7100-000 | | 205 96 | 944 57 |
| 12/22/09 | 000115 | LVNV Funding LLC Resurgent Capital Services | Claim 000014, Payment 5 7% | 7100-000 | | 333 31 | 611 26 |

Page Subtotals                    0.00          5,062.33

Ver 15 06b

FORM 2

Page: 4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 08-72475 -MLB |
| Case Name: | BOSCH, DAVID JOSEPH |
| | BOSCH, PENNY MARINA |
| Taxpayer ID No: | *******6971 |
| For Period Ending: | 02/26/10 |

| | |
|---|---|
| Trustee Name: | DANIEL M. DONAHUE |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******1567  GENERAL CHECKING |
| Blanket Bond (per case limit): | $ 1,500,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/22/09 | 000116 | PO Box 10587<br>Greenville, SC 29603-0587<br>Kohls Department Store<br>c/o Creditors Bankruptcy Service<br>P O Box 740933<br>Dallas, Tx 75374 | Claim 000015, Payment 5 7% | 7100-000 | | 22.66 | 588.60 |
| 12/22/09 | 000117 | Roundup Funding, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | Claim 000016, Payment 5 7% | 7100-000 | | 527.09 | 61.51 |
| 12/22/09 | 000118 | Recovery Management Systems Corporation<br>For GE Money Bank<br>dba JCPENNEY CREDIT SERVICES<br>25 SE 2nd Ave Ste 1120<br>Miami FL 33131 | Claim 000017, Payment 5 7% | 7100-000 | | 61.51 | 0.00 |

|  | Deposits ($) | Disbursements ($) | Account Balance ($) |
|---|---|---|---|
| COLUMN TOTALS | 14,601.67 | 14,601.67 | 0.00 |
| Less: Bank Transfers/CD's | 14,601.67 | 0.00 | |
| Subtotal | 0.00 | 14,601.67 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 14,601.67 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| MONEY MARKET - *******1279 | 14,617.97 | 16.30 | 0.00 |
| GENERAL CHECKING - *******1567 | 0.00 | 14,601.67 | 0.00 |
| | 14,617.97 | 14,617.97 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |
| Page Subtotals | 0.00 | 611.26 | |

Ver: 15.06b

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 08-72475 -MLB
Case Name: BOSCH, DAVID JOSEPH
BOSCH, PENNY MARINA
Taxpayer ID No: *******6971
For Period Ending: 02/26/10

Trustee Name: DANIEL M. DONAHUE
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: *******1567 GENERAL CHECKING
Blanket Bond (per case limit): $ 1,500,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | MONEY MARKET - ********1279 | | | | |
| | | | GENERAL CHECKING - ********1567 | | | | |
| | | | Page Subtotals | | 0.00 | 0.00 | |

Ver: 15.06b

HH

**Bank of America**

CUSTOMER CONNECTION
BANK OF AMERICA, N.A.
DALLAS, TEXAS  75283-2406

Account Number    4429751567
01 01 148 06 M0000 E#     14
Last Statement:   12/31/2009
This Statement:   01/29/2010

ESTATE OF
BOSCH, DAVID JOSEPH, DEBTOR
BOSCH, PENNY MARINA, DEBTOR
DANIEL M. DONAHUE - TRUSTEE
08-72475
C/O GLOBAL GOVERNMENT BANKING
***** TX1-492-08-16 *****

Customer Service
1-877-757-8233

Page    1 of    2

Bankruptcy Case Number: 0872475

# SPECIAL MARKETS CHECKING ACCOUNT

### Account Summary Information

| | | |
|---|---|---|
| Statement Period 01/01/2010 - 01/29/2010 | Statement Beginning Balance | 5,566.41 |
| Number of Deposits/Credits          0 | Amount of Deposits/Credits | .00 |
| Number of Checks                   14 | Amount of Checks | 5,566.41 |
| Number of Other Debits              0 | Amount of Other Debits | .00 |
| | Statement Ending Balance | .00 |
| Number of Enclosures               14 | | |
| | Service Charge | .00 |

### Withdrawals and Debits

Checks

| Check Number | Amount | Date Posted | Bank Reference | Check Number | Amount | Date Posted | Bank Reference |
|---|---|---|---|---|---|---|---|
| 103 | 864.92 | 01/15 | 6292220119 | 110 | 259.79 | 01/07 | 6992189351 |
| 104 | 988.63 | 01/04 | 9392807443 | 112* | 596.31 | 01/05 | 8892671686 |
| 105 | 8.62 | 01/29 | 9892234970 | 113 | 870.95 | 01/05 | 6192192270 |
| 106 | 327.29 | 01/07 | 6992189350 | 114 | 205.96 | 01/05 | 6192192269 |
| 107 | 158.88 | 01/07 | 6992189353 | 115 | 333.31 | 01/05 | 6192192266 |
| 108 | 399.75 | 01/07 | 6992189349 | 116 | 22.66 | 01/06 | 9330571286 |
| 109 | 467.83 | 01/07 | 6992189348 | 118* | 61.51 | 01/07 | 6992189352 |

### Daily Balances

| Date | Ledger Balance | Collected Balance | Date | Ledger Balance | Collected Balance |
|---|---|---|---|---|---|
| 12/31 | 5,566.41 | 5,566.41 | 01/07 | 873.54 | 873.54 |
| 01/04 | 4,577.78 | 4,577.78 | 01/15 | 8.62 | 8.62 |
| 01/05 | 2,571.25 | 2,571.25 | 01/29 | .00 | .00 |
| 01/06 | 2,548.59 | 2,548.59 | | | |

* The preceding check(s) is still outstanding or has been included in a previous ♻ Recycled Paper
statement or is included in the 'Other Debits' section as an ACH paperless transaction.